# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SAM HIRSCH; NOAMI MILES; VARDIT HIRSCH PREBLE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-1314 PA (JEMx)<br><br>(Hon. Percy Anderson – Ctrm. 9A)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>[Filed concurrently with Stipulation] |
| SAM HIRSCH,<br><br>Counter-Claimant,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Counter-Defendant. | Complaint filed: February 21, 2019 |

1016957\304964379.v1

# **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear his, her or its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: January 14, 2020

_____
HONORABLE PERCY ANDERSON
United States District Court Judge

1

1016957\304964379.v1